

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/23/08

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 07-60050 |
| VS. | JUDGE MELANÇON |
| HOWARD DUNCAN | MAGISTRATE JUDGE METHVIN |

### RULING ON DEFENDANT'S MOTION TO SUPPRESS

This matter was referred to United States Magistrate Judge Mildred E. Methvin for report and recommendation. After an independent review of the record, and considering the objections filed, the Court concludes that the findings and conclusions of the magistrate judge are correct. Therefore, for the reasons stated in the Report and Recommendations previously filed herein, it is

**ORDERED** that defendant's Motion to Suppress is **DENIED**.

**THUS DONA AND SIGNED** at Lafayette, Louisiana on this 23rd day of April, 2008.

_____
Tucker L. Melançon
United States District Court