

**MAY 0 2 2013**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 6:07CR60050-01 |
|---|---|
| VERSUS | JUDGE HAIK |
| HOWARD DUNCAN | MAGISTRATE JUDGE HILL |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

☒ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

☐ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this 30 Day of April, 2013.

Richard T. Haik, Sr.
UNITED STATES DISTRICT JUDGE